IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES TONEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:03CV00416 CAS/AGF |
| | ) | |
| LARRY ROWLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In light of the supplemental exhibits filed by Respondent, which reflect recent state court proceedings,

**IT IS HEREBY ORDERED** that on or before April 24, 2006, Respondent shall file a supplemental response to this Court's Show Cause Order. In the supplemental response, Respondent shall address the effect of the recent state court proceedings on Respondent's procedural default argument related to Petitioner's claim that at his guilty plea, he was misinformed as to the sentencing range of the forcible rape charge. Respondent shall also address the merits of this claim. Petitioner shall have 15 days thereafter to file a reply (traverse) to the supplemental response of Respondent.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of April, 2006.