UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES I. TONEY, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:03CV00416 CAS (AGF) |
| LARRY ROWLEY, | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's motion for an additional 30 days to respond to the Supplemental Show Cause Response to be filed by Respondent by April 24, 2006 (Doc. No. 17) is **granted**. Petitioner shall have 45 days following the Respondent's filing of his Supplemental Show Cause Response to file a traverse.

AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 18th day of April, 2006.